CASE NO. 21-30399

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Ackel Construction Company L.L.C. and George J. Ackel, III,
Appellants
v.
Midland States Bank,
Appellee

On Appeal from the United States District Court For the
Eastern District of Louisiana, New Orleans
Case No. 2:21-cv-422

**APPELLEE'S Rule 27.1 MOTION TO ABATE BRIEFING SCHEDULES PENDING CONSIDERATION OF MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION**

H. Gray Burks, IV
Texas Bar No. 03418320
Law Office of Gerald M. Shapiro, LLP
13105 Northwest Freeway, Suite 1200
Houston, Texas 77040
Telephone: (224) 244-1367
Facsimile: (847) 879-4823
Email:  gburks@logs.com

Attorneys for Midland State Bank through its account servicer Orion First Financial, LLC

1

CASE NO. 21-30399

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Ackel Construction Company L.L.C. and George J. Ackel, III,
Appellants
v.
Midland States Bank,
Appellee

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fifth Circuit Rule 28.2.1, the undersigned counsel of record certifies that the following persons and entities are financially interested in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. Appellee, Midland States Bank
   Principal Place of Business: Effingham, Illinois

2. Orion First Financial LLC, account servicer for Midland States Bank
   Principal Place of Business: Gig Harbor, Washington

3. Appellant, George J. Ackel, III
   City and State of Residence: New Orleans, Louisiana

4. Appellant, Ackel Construction Company, LLC
   Principal Place of Business: Elmwood, Louisiana

*/s/H. Gray Burks, IV*
H. Gray Burks, IV

## **CERTIFICATE OF CONFERENCE**

     I certify that I attempted to contact Matt Pepper, attorney for Appellants by voicemail message and by email on August 20, 2021, regarding a motion to dismiss appeal for lack of jurisdiction and an accompanying motion to abate briefing schedules pending consideration of the motion to dismiss. As of August 23, 2021, 6:15 pm, no response has been received. I assume the motion to dismiss appeal is opposed. I do not know if the motion to abate briefing schedule is unopposed or opposed.

                                                */s/H. Gray Burks, IV*
                                                H. Gray Burks, IV

## REQUEST TO ABATE BRIEFING SCHEDULE

1. On August 23, 2021, Appellee, Midland States Bank filed a motion to dismiss appeal for lack of jurisdiction. It is anticipated the Motion to Dismiss Appeal is opposed. It is undetermined whether this Motion to Abate Briefing Schedule is unopposed.

2. Due to the Fifth Circuit precedent regarding a late filed notice of appeal to the District Court depriving the District Court and Court of Appeals of jurisdiction, judicial economy, and the time and expense of the parties would best be served by abating the briefing schedule pending a ruling on the motion to dismiss appeal.

WHEREFORE PREMISES CONSIDERED, pursuant to Fifth Circuit Rule 27.1.3, Midland States Bank respectfully requests that the Clerk enter a procedural order or that the Court enter an order abating the pending briefing schedule for the Brief of the Appellants and Brief of the Appellee and Reply Brief of the Appellants and grant Appellee such other and further relief in equity or at law to which they show themselves justly entitled.

Respectfully submitted,

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV
Texas Bar No. 03418320
Law Office of Gerald M. Shapiro, LLP

          13105 Northwest Freeway, Suite 1200
          Houston, Texas 77040
          Telephone: (224) 244-1367
          Facsimile: (847) 879-4823
          Email:  gburks@logs.com
          *Attorneys for Midland States Bank through its account servicer Orion First Financial, LLC*

## CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

1.    This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(b), this motion does not exceed 20 pages and contains no more than 5,200 words and no more than 1,300 lines of text.

2.    This motion complies with the typeface requirements and the type style requirements of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 MSO in 14 pt. Times New Roman font.

*/s/H. Gray Burks, IV*
H. Gray Burks, IV

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, a true and correct copy of the foregoing Motion was served by email and ECF/CM delivery as follows:

Matthew Pepper
*Via email at:* pepperlaw@msn.com

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV